IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02699-ZLW-MEH

OVERHEAD DOOR COMPANY OF DENVER, INC., a Colorado corporation

    Plaintiff,

v.

CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa corporation
W.R. BERKLEY CORPORATION, a Delaware corporation

    Defendants.

---

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

The above-entitled matter, having come before the Court, on a Stipulation for Dismissal with Prejudice filed on behalf of the Plaintiff and the Defendants, and the Court, having reviewed the pleadings filed herein and being fully advised in the premises:

IT IS HEREBY ORDERED that the above-captioned matter shall be, and hereby is, dismissed, with prejudice, each party to bear its own attorneys' fees and costs incurred in connection with this action.

SO ORDERED this 10 day of June, 2009.

BY THE COURT:

_____
United States District Court Judge